# United States Court of Appeals for the Tenth Circuit
## OFFICE OF THE CLERK
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303)844-3157

**Clerk of Court**

Douglas E. Cressler
Chief Deputy Clerk

FILED
U.S. DISTRICT COURT

2005 OCT 24 P 1:50

DISTRICT OF UTAH

BY:_____
DEPUTY CLERK

October 19, 2005

Mr. Markus B. Zimmer, Clerk
U. S. District Court for the District of Utah
350 South Main Street
Room 204
Salt Lake City, UT 84101

Mr. Brian L. Farr
Asst. Attorney Gen.
Utah Attorney General's Office
160 East 300 South Sixth Floor
P.O. Box 140811
Salt Lake City, UT 84114-0811

Mr. Tod J. Smith
Whiteing & Smith
1136 Pearl Street
Suite 203
Boulder, CO 80302

Mr. Charles L. Kaiser
Mr. Charles A. Breer
Mr. Anthony J. Shaheen
Davis, Graham & Stubbs
1550 17th Street
Suite 500
Denver, CO 80202

Ms. Kimberly D. Washburn
405 East 12450 South
Suite A, P.O. Box 1432
Draper, UT 84020

Timpanogos Tribe
Mary Meyer, Chief Executive Officer
P.O. Box 327
Fort Duchesne, UT 84026

    Re:    05-4059, Timpanogos Tribe v. Conway
            Dist/Ag docket: 2:00-CV-734-TC,

Dear Mr. Zimmer, Counsel, and Ms. Meyer:

    The court filed an order today dismissing this case. A copy of the order is enclosed for all parties.

Also enclosed for the district court clerk is a certified copy of the dismissal order which is issued as the mandate of the court.  Please file it in the records of the district court.

Please contact this office if you have questions.

Sincerely,

Clerk, Court of Appeals

By: *[signature]*

Deputy Clerk

clk:mt

## UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

| | |
|---|---|
| TIMPANOGOS TRIBE, Snake Band of Shoshone Indians of Utah Territory,<br><br>    Plaintiff - Appellant,<br><br>v.<br><br>KEVIN CONWAY, Assistant Director, Utah Department of Natural Resources, Division of Wildlife Resources;<br><br>    Defendant - Appellee,<br><br>and<br><br>UTE INDIAN TRIBE OF THE UINTAH AND OURAY RESERVATION,<br><br>    Defendant-Intervenor - Appellee. | No. 05-4059<br>(D.C. No. 2:00-CV-734-TC)<br><br>A true copy<br>Teste<br><br>Clerk, U. S. Court of Appeals, Tenth Circuit<br><br>By<br>_____<br>Deputy Clerk |

ORDER

Filed October 19, 2005

The captioned appeal is dismissed for lack of prosecution pursuant to 10th Cir. R. 42.1.

A certified copy of this order shall stand as and for the mandate of this court.

Entered for the Court
CLERK, COURT OF APPEALS

by: *[signature]*
Deputy Clerk